■ BENITEZ v NEW YORK CITY BOARD OF EDUCATION.—Reargument denied, and leave to appeal to the Court of Appeals granted, as indicated. Concur—Murphy, P. J., Sandler, Sullivan and Rosenberger, JJ.

(September 22, 1988)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDRE BAZAN, Appellant.—Judgment, Supreme Court, Bronx County (George Covington, J.), rendered on March 20, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Sullivan, Carro, Milonas and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO MONTANEZ, Appellant.—Judgment, Supreme Court, Bronx County (Jerome Reinstein, J.), rendered on April 18, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Kassal, Rosenberger and Wallach, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSE VALLEY, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on December 5, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Ross, Kassal, Rosenberger and Wallach, JJ.